■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

GABRIEL SANTANA, Appellant. [598 NYS2d 726] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lipp, J.), rendered January 3, 1992.

Ordered that the judgment is affirmed.

Appellate review of the issues raised by the defendant was effectively waived by him as part of his plea bargain. Accordingly, the judgment of conviction is affirmed (see, People v Callahan, 80 NY2d 273; People v Seaberg, 74 NY2d 1). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.